UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ANTONIO GONZALEZ, III,<br>　　　　　Petitioner,<br>　v.<br>PAT L. VAZQUEZ, Acting Warden,<br>　　　　　Respondent. | Case No. CV 16-7458 PA (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE**<br>**JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation.  The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\
\\

1    **IT IS ORDERED** that the Petition is denied and Judgment shall
2    be entered dismissing this action without prejudice.
3
4    **IT IS FURTHER ORDERED** that the Clerk serve copies of this
5    Order and the Judgment herein on Petitioner at his address of
6    record.
7
8    **LET JUDGMENT BE ENTERED ACCORDINGLY.**
9
10   DATED: 11/21/2016
11
12   _____
         PERCY ANDERSON
13       UNITED STATES DISTRICT JUDGE

2