JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANUEL ANTONIO GONZALEZ, III, | Case No. CV 16-7458 PA (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| PAT L. VAZQUEZ, Acting Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 11/21/2016

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE